AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| FABIO PEREZ | CASE NUMBER: 4:07mj130 |

That from a date unknown, but at least by August 2005, and continuing to on or about September 11, 2007, in the Northern District of Florida, and elsewhere, the defendant,

**FABIO PEREZ,**

did knowingly and wilfully combine, conspire, confederate and agree with each other and others to commit offenses against the United States, to wit:

1. Knowing that force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(c)(2), would be used to cause a person to engage in a commercial sex act, to knowingly recruit, entice, transport, provide, and obtain by any means any person, in and affecting interstate and foreign commerce, and benefit, financially and receive anything of value, from participation in a venture which engaged in such recruiting enticing, transporting, providing and obtaining by any means a person, in violation of Title 18, United States Code, Section 1591;

2. For the purpose of commercial advantage and private financial gain: to transport and move aliens within the United States by means of transportation and otherwise, knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States in violation of law, and to conceal, harbor, and shield from detection such aliens in any place, knowing and in reckless disregard of the fact that the aliens have come to, entered and remained in the United States in violation of law, in violation of Title 8, United States Code,

Section 1324.

3. To knowingly import into the United States female aliens for the purpose of prostitution, and hold such female aliens for the purpose of prostitution in pursuance of such importation and keep, maintain, control, support, employ and harbor in a house for the purpose of prostitution such female aliens in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328; and

4. To knowingly transport, and attempt to transport, an individual in interstate and foreign commerce from places outside the United States into the State of Texas and from the State of Texas to the State of Florida, with intent that the individual engage in prostitution in violation of the laws of the State of Florida, that is, Section 796, Florida Statutes, in violation of Title 18, United States Code, Section 2421.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), and Title 18, United States Code, Section 371.

I further state that I am a Special Agent with ICE, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
William Maxey

Sworn to before me and subscribed in my presence,

September 14, 2007             at        Tallahassee, Florida.

_____
WILLIAM C. SHERRILL, JR.
U.S. Magistrate Judge