UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs                                            Case No.  4:07cr56-RH/WCS

**FABIO PEREZ GOMEZ**

        Defendant
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1.    On December 11, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued a Second Superseding Indictment against the defendant, charging him with various violations of Titles 8 and 18, United States Code.

2.    The Second Superseding Indictment included a Forfeiture Count, pursuant to 18 U.S.C. § 981(a)(1)(C), 1594(c)(1), 2428 and 28 U.S.C. § 2461(c).

3.    On March 5, 2008, Fabio Perez Gomez entered a Plea Agreement in which he agreed to the forfeiture of his interest in any and all forfeitable property.

4.    The United States seeks forfeiture of the following property:

    A.    $125.00 in U.S. currency
    B.    $1,100.00 in U.S. currency
    C.    $663.00 in U.S. currency
    D.    iLO LCD color television, model iLO26HD, SN: BHC611408113T5
    E.    RCA HDTV, model R52WH7, SN: G247C100V
    F.    Orion television, model TV1933, SN: 065311215921E

        G.        Phillips DVD Player, SN: NW000539508837
        H.        Duraband DVD Player, SN: B6406725519
        I.         Duraband DVD Player, SN: B6113354122
        J.         Magnavox television, model 20MS2331/17, SN: DN1A0418043416
        K.        $201.00 in U.S. currency
        L.         1995 Honda Accord, VIN: 1HGCD5637SA142635, registered in the name of Flor Delicia Martinez Luna, 8715 N. Ashley Street, Tampa, Florida
        M.       2000 Ford Pickup, VIN: 2FTZF0726YCA36809, registered in the name of Carlos Monsalve, 6901 N. Lynn Avenue, Tampa, Florida
        N.        Gold necklace
        O.        Gold ring with five (5) white stones
        P.        Silver Nautica Men's Watch
        Q.        $469.36 in U.S. currency

5.     The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 981(a)(1)(C), 1594(c)(1), 2428 and 28 U.S.C. § 2461(c);

it is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 1594(c)(1), 2428 and 28 U.S.C. § 2461(c):

        A.        $125.00 in U.S. currency
        B.        $1,100.00 in U.S. currency
        C.        $663.00 in U.S. currency
        D.        iLO LCD color television, model iLO26HD, SN: BHC611408113T5
        E.        RCA HDTV, model R52WH7, SN: G247C100V
        F.        Orion television, model TV1933, SN: 065311215921E
        G.        Phillips DVD Player, SN: NW000539508837
        H.        Duraband DVD Player, SN: B6406725519
        I.         Duraband DVD Player, SN: B6113354122
        J.         Magnavox television, model 20MS2331/17, SN: DN1A0418043416
        K.        $201.00 in U.S. currency
        L.         1995 Honda Accord, VIN: 1HGCD5637SA142635, registered in the name of Flor Delicia Martinez Luna, 8715 N. Ashley Street, Tampa, Florida
        M.       2000 Ford Pickup, VIN: 2FTZF0726YCA36809, registered in the name of Carlos Monsalve, 6901 N. Lynn Avenue, Tampa, Florida
        N.        Gold necklace
        O.        Gold ring with five (5) white stones
        P.        Silver Nautica Men's Watch
        Q.        $469.36 in U.S. currency

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

1.  State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2.  To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 11th day of June, 2008, at Tallahassee, Florida.

s/Robert L. Hinkle  
Chief United States District Judge