# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:07cr56-RH

CARLOS ANDRES MONSALVE,
FABIO PEREZ GOMEZ, and
ROBINSON MARTINEZ DASA,

    Defendants.

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on June 11, 2008, this Court entered a Preliminary Order of Forfeiture, forfeiting the interest of Defendant Fabio Perez Gomez in the property listed below as items A through Q. On August 13, 2008, this Court entered Preliminary Orders Of Forfeiture, forfeiting the interest of Defendants Carlos Andres Monsalve and Robinson Martinez Dasa in all the property listed below.

- A. $125.00 in U.S. currency
- B. $1,100.00 in U.S. currency
- C. $663.00 in U.S. currency
- D. iLO LCD color television, model iLO26HD, SN: BHC611408113T5
- E. RCA HDTV, model R52WH7, SN: G247C100V
- F. Orion television, model TV1933, SN: 065311215921E
- G. Phillips DVD Player, SN: NW000539508837
- H. Duraband DVD Player, SN: B6406725519
- I. Duraband DVD Player, SN: B6113354122
- J. Magnavox television, model 20MS2331/17, SN: DN1A0418043416
- K. $201.00 in U.S. currency
- L. 1995 Honda Accord, VIN: 1HGCD5637SA142635, registered in the name of Flor Delicia Martinez Luna, 8715 N. Ashley Street, Tampa, Florida
- M. 2000 Ford Pickup, VIN: 2FTZF0726YCA36809, registered in the name of Carlos Monsalve, 6901 N. Lynn Avenue, Tampa, Florida
- N. Gold necklace
- O. Gold ring with five (5) white stones
- P. Silver Nautica Men's Watch
- Q. $469.36 in U.S. currency
- R. 2001 Mitsubishi Galant, VIN: 4A3AA46G21E146852

and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property listed above as items A through Q was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning June 16, 2008. Such notice informs all third parties

of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property. Notice was published in the same manner regarding the property listed as R above beginning on October 3, 2008; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on March 17, 2009.

s/Robert L. Hinkle
Chief United States District Judge